UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAVARY LEE MCINTOSH,

    Plaintiff,

v.

KILOLO KIJAKAZI,[1]
Acting Commissioner of
Social Security,

    Defendant.

Civil No. 1:20-CV-00810

Hon. Ray Kent
United States Magistrate Judge

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing Defendant's final decision and remanding this matter to the Acting Commissioner for further proceedings pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

Date: July 13, 2021

        /s/ Ray Kent
        Ray Kent
        United States Magistrate Judge

Proposed Judgment Submitted By:

*/s/ Sarah E. Preston*
Sarah E. Preston MO Bar #60154
Special Assistant United States Attorney

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021, and should be substituted, therefore, for Andrew Saul as the defendant in this suit. F. R. Civ. P. 25(d). No further action need be taken to continue this suit. 42 U.S.C. § 405(g).